UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL DOUGLAS BORRIES, a/k/a DOUG BORRIES and SAMUEL BORRIES, INDIVIDUALLY and d/b/a BORRIES MARINE CONSTRUCTION COMPANY; and DOUGLAS J. BORRIES, INDIVIDUALLY and d/b/a GLOBAL CONTRACTORS LLC | CIVIL ACTION<br><br>NO.<br><br>JUDGE: |
| VERSUS | |
| BP AMERICA PRODUCTION COMPANY | MAGISTRATE: |
| | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Samuel Douglas Borries, also known as Doug Borries and Samuel Borries, individually and doing business as Borries Marine Construction Company; and Douglas J. Borries, also known as D. J. Borries, individually and doing business as Global Contractors LLC, (hereinafter Plaintiffs), all residing and domiciled in the State of Mississippi, with respect represent:

1.

Made defendant herein is BP America Production Company (hereinafter Defendant), a foreign corporation with its principal place of business in a state other than Louisiana, which is authorized to do and doing business in this state and judicial district.

2.

Jurisdiction of this cause of action against said Defendant is based upon the

complete diversity of citizenship between the parties and an amount in controversy which exceeds $75,000, exclusive of costs and interest.

## FOR A FIRST CAUSE OF ACTION

3.

At all material times Plaintiffs were engaged in the marine construction business, owned the twelve vessels material to this lawsuit, and used said vessels in furtherance of their business.

4.

On May 9, 2010, May 13, 2010, and May 14, 2010, plaintiffs chartered said vessels to defendant to assist in the oil spill clean-up activities resulting from the April 20, 2010 explosion aboard the mobile offshore drilling unit *Deepwater Horizon*. The individual charter agreements entered into by and between plaintiffs and defendant governing the use of said vessels were designated as (1) Contract No. MOB 55392, dated May 9, 2010, and entered into by Borries Marine Construction Company and Defendant; (2) Contract No. MOB 55393, dated May 9, 2010, and entered into by Global Contractors LLC and Defendant; (3) Contract No. MOB 57382, dated May 13, 2010, and entered into by Borries Marine Construction Company and Defendant; and (4) Contract No. MOB 58238, dated May 14, 2010, and entered into by Samuel Borries and Defendant (hereinafter master charter agreements).

5.

Pursuant to the individual master charter agreements entered into by and between plaintiffs and defendant for use of each of the twelve vessels, plaintiffs were to maintain and employ each as "vessels of opportunity" for the exclusive use of defendant. The

charter agreements required that the vessels "shall be available and at charterer's disposal for operation twenty-four hours per day."

6.

The master charter agreements provided for fixed rates of hire payable to plaintiffs throughout the term of each charter agreement. Pursuant to the terms of the charter agreements, defendant made timely payments on all charter agreements totaling $774,600.

7.

Beginning on or about June 23, 2010, and continuing through the present, and despite no action by defendant to alter, revoke, or cancel any of the individual charter agreements and plaintiffs' continuing legal obligation to make said vessels available for defendant's exclusive use twenty-four hours per day, defendant ceased making payments rightfully due to plaintiffs under the terms of the charter agreements without notice, explanation, or justification.

8.

Defendant has breached and continues to breach its contractual duty by not making timely payments due to plaintiffs or lawfully cancelling the master charter agreements, despite timely submission of multiple invoices from plaintiff to defendant and amicable written demand for payment of same. Defendant has failed to make payments in the amount of $2,116,800.00, which amount is presently due to plaintiffs in full pursuant to the master charter agreements described herein, and for which amount plaintiffs make immediate demand in full, plus future amounts owing and accruing, attorney's fees incurred in the enforcement of the master charter agreements.

9.

Plaintiff hereby requests a trial by jury on all issues raised herein.

**WHEREFORE**, Plaintiffs, Samuel Douglas Borries, also known as Doug Borries and Samuel Borries, individually and doing business as Borries Marine Construction Company; and Douglas J. Borries, also known as D. J. Borries, individually and doing business as Global Contractors LLC, pray for judgment against defendant BP America Production Company and in their favor for payments due under the terms of the charter agreements in the amount of TWO MILLION AND ONE HUNDRED SIXTEEN THOUSAND AND EIGHT HUNDRED NO/100 ($2,116,800.00) DOLLARS, or such greater amounts as may be appropriate under the circumstances, for attorney's fees incurred by the plaintiffs in this cause, for all taxable costs and interest, for any additional relief to which plaintiff may be entitled, and for a trial by jury on all issues raised herein or by way of supplemental or amended complaint.

    Respectfully submitted,

    /s/ Paul M. Sterbcow
    PAUL M. STERBCOW (#17817)
    Lewis, Kullman, Sterbcow & Abramson
    601 Poydras Street, Suite 2615
    New Orleans, LA 70130
    (504) 588-1500
    (504) 588-1514        Facsimile
    sterbcow@lksalaw.com

**OF COUNSEL:**

Clyde H. Gunn, III (MS Bar No. 5074)
Buddy@cgvclaw.com
Christopher C. Van Cleave (MS Bar No. 10796)
Christopher@cgvclaw.com
W. Corban Gunn (MS Bar No. 101752)
Corban@cgvclaw.com
David N. Harris, Jr. (MS Bar No. 100790)

4

David@cgvc.com
CORBAN, GUNN & VAN CLEAVE
P. O. DRAWER 1916
BILOXI, MS 39533-1916
(PHONE) 228-432-7826
(FACSIMILE) 228-456-0998

Judy M. Guice (MS Bar No. 5057)
judy@judyguice.com
P. O. Box 1919
Biloxi, MS 39533-1919
(Phone) 228-374-9787
(Facsimile) 228-374-9436

**PLEASE SERVE:**

**BP AMERICA PRODUCTION COMPANY**
Through their registered agent:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808